**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN

| | |
|---|---|
| **In the matter of:**<br>**KIRKLAND, TERESA D.** | **Case No. 09-32826 LSW**<br><br>**Chapter 7**<br><br>**Judge Lawrence S. Walter** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $3.97 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Perinatal Partners<br>One Wyoming Street, Berry Building Duas<br>Dayton, OH 45409 | 2 | $3.97 |

/s/ Dennis E. Stegner
Dennis E. Stegner
111 East Cecil Street
Springfield, OH 45504
937-322-2161
937-322-9508- fax